**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1494**

_____

ARTHUR JAY HIRSCH,

Plaintiff - Appellant,

versus

DEAN W. WITHERS; FARMERS & MERCHANTS BANK OF
TIMBERVILLE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Jackson L. Kiser, Senior District Judge. (CA-00-98-5)

_____

Submitted: May 31, 2001          Decided: June 8, 2001

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Arthur Jay Hirsch, Appellant Pro Se. David Alvin Penrod, HOOVER, PENROD, DAVENPORT & CRIST, Harrisonburg, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Jay Hirsch appeals the district court's order dismissing his civil complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hirsch v. Withers</u>, No. CA-00-98-5 (W.D. Va. March 9, 2001). We deny Hirsch's motion for declaratory judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2